UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

CHESTER E. BURNETT,

        Plaintiff,                6:15-cv-01142-CL

        v.                             ORDER

MR. J. PREMO, et al.,

        Defendants.

AIKEN, District Judge.

    By Order (#28) entered February 22, 2016, defendants' motion to dismiss or in the alternative to make more definite and certain (#27) was allowed. Plaintiff was allowed 30 days to file an amended complaint and advised that failure to do so would result in the dismissal of this action for failure to prosecute.

    Plaintiff has not filed an amended complaint or requested an extension of time in which to do so. Therefore, this action is dismissed for failure to prosecute.

    The Clerk of Court is directed to enter a judgment

1 - ORDER

dismissing this action.

    IT IS SO ORDERED.

    DATED this 19th day of July, 2016.

_____
Ann Aiken
United States District Judge

2 - ORDER